# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua Morrison<br><br>*Defendant(s)* | )<br>)<br>) Case No.  2:18-mj-00048<br>)<br>)<br>)<br>) |

**FILED**
MAY 2 4 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>January 9, 2016, within the special maritime jurisdiction of the United States, with defendant's last known address</u> in the county of <u>Wayne</u> in the <u>Southern</u> District of <u>West Virginia</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2243(a) | Sexual abuse of a minor |

This criminal complaint is based on these facts:

Joshua Morrison, with the special maritime jurisdiction of the United States, knowingly engaged in a sexual act with another person who had attained the age of 12 years but had not attained the age of 16 years old and was at least four years younger than Mr. Morrison. Mr. Morrison's last known address is in Wayne County, in the Southern District of West Virginia.

☑ Continued on the attached sheet.

*Complainant's signature*

Cedric Jefferson, Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 24, 2018

*Judge's signature*

City and state: Charleston, West Virginia      Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cedric Jefferson, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Charleston, West Virginia, Resident Agency Office of the Pittsburgh Division. I have been employed as a Special Agent for the FBI since January 2015. I am currently tasked with investigating violations of federal law within the Southern District of West Virginia and elsewhere. As part of my duties, I have received training regarding the investigation of various federal crimes including, but not limited to, child exploitation, complex financial crimes, civil rights and violent crimes. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including conducting arrests and the execution of federal search warrants and seizures. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

2. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18, United States Code, Section 2243(a) has been committed by Joshua Isaac Morrison on or about January 8, 2016 while in international waters.

3. On or about August 18, 2016, a minor female victim (hereafter Victim A) was forensically interviewed by local law enforcement at a Children's Justice Center (CJC) after disclosing sexual abuse to a church official, who then contacted the Division of Child and Welfare Services. During the interview, Victim A disclosed she was sexually

assaulted by an 18 year old male, named "Josh" from West Virginia, while on a family vacation aboard a cruise ship. Victim A told Josh she was 12 years old and he provided he was 18 years old. On the evening of January 8, 2016, the last night of the cruise, Victim A walked around the cruise ship with Josh and went into a men's bathroom where they began kissing. Josh pulled Victim A into a stall and instructed her to perform oral sex on him after which he forced his penis into her vagina. Josh told Victim A if she told anyone he could go to jail and threatened to come find her if she did.

4. On or about February 13, 2017, the FBI received a telephonic complaint from Victim A's mother reporting her daughter was sexually assaulted on the Carnival Conquest Cruise Ship, which departed from Ft. Lauderdale, Florida, on January 3, 2016. The cruise to the East Caribbean was six days in duration. According to the itinerary, on January 8, 2016, the last night of the cruise, the ship departed Half Moon Cay, Bahamas at approximately 4:00pm and arrived back in Ft Lauderdale, Florida at approximately 8:00am on January 9, 2016. Victim A's mother reported Victim A's date of birth as XX/XX/2003, making her 12 years old at the time of the cruise.

5. The FBI contacted Carnival Cruise Lines Security to request identification information for any passengers matching Victim A's description of the subject during the aforementioned cruise. Carnival Security located one passenger profile, including a photograph, for Joshua Morrison, an 18 year old male residing in West Virginia. Upon receipt of this information, open source law enforcement sensitive and FBI databases were utilized to fully identify Joshua Isaac Morrison, date of birth XX/XX/1997, residing at 334 Buffalo Creek Road, Kenova, West Virginia. At the time of the cruise, Morrison was 18 years old.

6. On or about April 3, 2017, Victim A was shown a photo line-up of six males, and identified Morrison as the person who sexually assaulted her on the night of January 8, 2016 while on the Carnival Conquest Cruise Ship. Victim A further stated Morrison's last name began with the letter "M," and was a long name, but she could not recall it.

7. On or about June 1, 2017, Victim A was interviewed and stated while in the men's restroom, Morrison kept telling her how good sex felt and trying to get her to do sexual things. Victim A said "no" and "I don't know" when Morrison asked her to have sex. Finally, Victim A felt pressured to do something with him, as she did not feel like she would be able to leave the restroom without engaging in sexual activity with Morrison.

8. On July 12, 2017, Morrison was interviewed by two FBI Special Agents on the porch of his residence in Kenova, West Virginia. Morrison stated he met a girl from Utah on a Carnival Caribbean Cruise and eventually recalled Victim A's name. After multiple denials, Morrison eventually admitted to Victim A performing oral sex on him. Morrison also admitted to attempting to have sex with her in the men's bathroom, located on the deck below the teen club on the last night of the cruise. Morrison stated Victim A came onto him and started kissing him in the bathroom. Morrison confirmed his penis touched Victim A's vagina and he was aroused, but could not "get it in." Morrison stated someone came into the men's room while they were naked in the stall and he told Victim A to be quiet.

9. On or about March 14, 2018, Victim A was interviewed again at the CJC. Victim A said while in the bathroom, she and Morrison went into a stall and started to undress. Morrison asked Victim A to have sex but she told him that she did not want to. Morrison told Victim A to "come on" and "it feels like you are high." Morrison also told Victim A

3

that he "knew how to handle people her age." Morrison told Victim A she was not the first 12 year old he had been with and mentioned the first name of another minor female, who was 12 years old when they first started "doing stuff." Victim A said while in the stall, Morrison sat down on the toilet, pulled her on top of him, and put "his dick in her vagina". Victim A said "it hurt" because he had to "force it in". Victim A said the next day, she saw blood in her panties and realized her vagina was bleeding.

10. Morrison stated he knew Victim A was 12 years old and talked about being disappointed in himself because she was so much younger than him. Morrison also said he knew it was against the law for an 18 year old to have sex with a 12 year old. After admitting to engaging in sexual activity with a minor, Morrison said, "It was her idea and I was stupid enough to go along with it." Morrison said she did not look that much younger, but the braces gave it away". Morrison stated, "I did not get off; the blow job was awful, she was just a little kid, I shouldn't have taken that one."

11. Victim A estimated the time of the sexual assault to have occurred late, at approximately midnight on the morning of January 9, 2016. Carnival Cruise Lines provided the position of the ship on January 9, 2016, at 12:00 AM as 16 nautical miles from the Bahamas, therefore considered international waters/high seas (more than 13 nautical miles from shore) at the time of the sexual assault.

Based on the foregoing information, your affiant respectfully requests than an arrest warrant be issued for JOSHUA ISAAC MORRISON.

4

CEDRIC JEFFERSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 24th day of May, 2018.

DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE

5